## JOSEPH JACOBS v. STATE.

No. A-144.   Opinion Filed December 13, 1910.

INTOXICATING LIQUORS—Conveying in State—Lawful Purchase—Burden of Proof.  Where a defendant is charged with unlawfully conveying prohibited liquors from one place in the state to another place in the state, it is not necessary for the state to allege or prove that such liquors were not lawfully purchased by the defendant.

(Syllabus by the Court.)

*Appeal from Canadian County Court; H. L. Fogg, Judge.*

Appellant was convicted of a violation of the prohibitory liquor law.  His fine was assessed at $100.00 and 60 days' imprisonment in the county jail, and he appealed.  Appeal dismissed.

*Frame & Roberson,* for appellant.
*Fred S. Caldwell,* for the State.

FURMAN, PRESIDING JUDGE.  The testimony in this case shows that the defendant was conveying a suit-case full of whisky from a train on the Rock Island railroad in the city of El Reno, when he was arrested by a deputy sheriff.  The burden was not on the state to allege or prove that such whisky was not lawfully purchased.  If the defendant was conveying said whisky and it was a lawful purchase, this fact was within his knowledge and the duty was upon him to produce evidence to sustain this defense. Having failed to offer any testimony on this subject, the jury were fully authorized to convict him.  The judgment of the lower court is therefore affirmed, with directions to the sheriff of Canadian county to carry such judgment into exceution.

DOYLE and RICHARDSON, JUDGES, concur.